IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EZELL BROWN | § | |
| | § | Civil Action No. 4:19-cv-742 |
| v. | § | Criminal Action No. 4:12-cr-87 |
| | § | |
| UNITED STATES OF AMERICA | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 10, 2021, the report of the Magistrate Judge (Dkt. #6) was entered containing proposed findings of fact and recommendations that the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 should be denied and the case should be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the Movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED**, and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions by either party not previously ruled on are **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** this the 1st day of September, 2021.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE